PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JAMES S. EICHER, JR., State Bar No. 213796
jeicher@lbaclaw.com
ROCCO ZAMBITO, JR., State Bar No. 306115
rzambito@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

JS-6

Attorneys for Defendants
County of Ventura, Bill Ayub, Eric Dowd, Ronald Chips, and Edward Busse

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY TORRES, an individual; BENNY TORRES, an individual, heirs and successors-in-interest to MICHAEL TORRES, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF VENTURA, a public entity; RONALD CHIPS, an individual; VU CONG DAO, an individual; EDWARD BUSSE, an individual; WILLIAM "BILL" AYUB, in his individual capacity and official capacity as Sheriff of Ventura County; ERIC DOWD, in his individual capacity and official capacity as Sheriff of Ventura County; and DOES 3 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-06659-JFW (AGRx)<br><br>Honorable John F. Walter<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[FED. R. CIV. P. 41(a)(1)(A)(ii)]<br><br>[*Stipulation lodged concurrently herewith*] |

Pursuant to the stipulation by and between Plaintiff BENNY TORRES ("Plaintiff") and Defendants COUNTY OF VENTURA, RONALD CHIPS, EDWARD BUSSE, WILLIAM "BILL" AYUB, and ERIC DOWD (collectively,

1

1  "Defendants"), through their respective attorneys of record, IT IS HEREBY
2  ORDERED that the above-captioned action be and hereby is dismissed in its
3  entirety, with prejudice, with all parties to bear their own costs and attorneys'
4  fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

6  IT IS SO ORDERED.

9  Dated: May 29, 2020                    _____
10                                         Honorable John F. Walter
                                           United States District Judge